

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00704-CR

Charlie **MAYBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 427th District Court, Travis County, Texas
Trial Court No. D-1-DC-12-904036
The Honorable Jim Coronado, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 18, 2013.

Sandee Bryan Marion, Justice